**SEALED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2014 MAR -5 PM 1:49
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. SA-14-CR- |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| v. | ) | |
| | ) | [Vio.: 21 U.S.C. § 841(a)(1): |
| **GILBERT RUIZ,** | ) | Possession With Intent to |
| | ) | Distribute Cocaine.] |
| Defendant. | ) | |

SA14CR0161 OG

THE GRAND JURY CHARGES:

**COUNT ONE**
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)]**

That on or about February 14, 2013, in the Western District of Texas, Defendant,

**GILBERT RUIZ,**

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which involved a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL.

_____
FOREPERSON

ROBERT PITMAN
United States Attorney

By: _/s/ Charlie Strauss_____
CHARLIE STRAUSS
Assistant United States Attorney

4